JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANG-CHOON HAN, <br><br> Petitioner, <br><br> v. <br><br> GEORGE M. WALKER, Chief United States Pretrial Services Officer for the Central District of California, <br><br> Respondent. | Case No. CV 12-00964 DMG <br><br> **JUDGMENT** |

Pursuant to the Court's Order re Petition for Writ of *Habeas Corpus*, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered denying Petitioner Gang-Choon Han's petition for writ of *habeas corpus*.

**IT IS SO ORDERED**.

DATED:    February 6, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE